UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 1:19-cr-248-01-JD |
| ) | |
| RICHARD STANTON, ) | |
| Defendant ) | |

## INDICTMENT

The Grand Jury Charges:

### COUNT ONE
[Possession of at least 100 Grams of Heroin with Intent to Distribute]
[21 U.S.C. § 841(a)(1) and (b)(1)(B)(i).]

On or about March 18, 2019, in the District of New Hampshire, the defendant,

RICHARD STANTON,

did knowingly, intentionally and unlawfully possess with the intent to distribute a controlled substance, specifically, 100 grams and more of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, in violation of Title 21, United States Codes, Sections 841(a)(1) and (b)(1)(B)(i).

### NOTICE OF FORFEITURE

Upon conviction of one or more of the controlled substance offenses alleged in Count One of this Indictment, the defendant shall forfeit to the United States pursuant to 21 U.S.C. § 853(a), any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the charged offenses and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the charged offenses.

A TRUE BILL

/s/ Foreperson
GRAND JURY FOREPERSON


SCOTT W. MURRAY
United States Attorney

Dated: December 11, 2019

/s/ Jennifer C. Davis
Jennifer C. Davis
Assistant U.S. Attorney